FORMER EMPLOYEES OF ERICSSON, INC., PLAINTIFF, V. UNITED STATES SECRETARY OF LABOR, DEFENDANT.

Consol. Court No. 02–00809

*JUDGMENT*

EATON, Judge: Upon consideration of the Revised Determination on Remand ("Remand Results") filed by the United States Department of Labor (the "Department") pursuant to the Court's second remand; upon Plaintiffs' written comments stating that they are satisfied with the Remand Results, the Department's Status Report, and the Department's Supplemental Status Report; upon all other papers filed herein; and upon due deliberation, it is hereby

ORDERED that the Remand Results are sustained in all respects.

---

[8] The Teri Data classifies "[n]on-coking coal produced in all states other than Assam, Arunachal Pradesh, Meghalaya, and Nagaland." A. R. Doc. 473, Pl.'s Br. Ex. 4. There are a total of 25 states in India. The Teri Data also contains a chart representing the "[s]elling price of coal in . . . the CIL (Coal India Ltd.) and subsidiaries." *Id.* According to a map provided on CIL's Web site, CIL's subsidiaries are located in various regions of India, including the states of Jharkhand, Madhya Pradesh, Orissa, Assam, and West Bengal. *See* www.coalindia.nic.in (last visited May 25, 2005).